.
judges: Henderson, Tatel, Millett